IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRIS ELROY LOVELESS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-25-00593-JD |
| STATE OF OKLAHOMA, ET AL., | ) ) ) |
| Respondents. | ) |

## **ORDER**

This is a habeas corpus action brought by Petitioner Chris Elroy Loveless under 28 U.S.C. § 2241. [Doc. No. 1]. Currently before the Court are the Report and Recommendation [Doc. No. 6] and Petitioner's motion for leave to proceed in forma pauperis [Doc. No. 2].

The Report and Recommendation finds that Petitioner has sufficient financial resources to pay the full habeas filing fee of $5.00 and recommends that the Court deny Petitioner's motion and order Petitioner to pay the filing fee for this action to proceed. [Doc. No. 6 at 2]. Although Judge Maxfield advised Petitioner of his right to object by June 26, 2025, Petitioner did not file an objection to the Report and Recommendation. Instead, the record reflects that Petitioner paid the filing fee of $5.00 on June 10, 2025. *See* [Doc. No. 7].

Accordingly, the Court ACCEPTS the Report and Recommendation [Doc. No. 6] and DENIES Petitioner's motion for leave to proceed in forma pauperis [Doc. No. 2]. Because Petitioner has now paid the full filing fee, the Court REFERS this habeas action

to Judge Maxfield for further proceedings consistent with the Court's prior referral. *See* [Doc. No. 5].

    IT IS SO ORDERED this 30th day of June 2025.

                                              _____
                                              JODI W. DISHMAN
                                              UNITED STATES DISTRICT JUDGE